**Order filed, December 30, 2019.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-19-00893-CR

———————————

**CARLOS  OMAR  VILLANUEVA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1570999**

## ORDER

The reporter's record in this case was due December 23, 2019.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Arlene Webb, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.


PER CURIAM


Panel Consists of Justices Wise, Jewell and Poissant.